[No. 73438-5-I.  Division One.  February 16, 2016.]

*In the Matter of the Adoption of* C.T.K.M.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-5-00133-8, Bruce I. Weiss, J., entered April 8, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Cox, J.

[No. 74136-5-I.  Division One.  February 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. AKEEM NURUDDIN HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-00930-7, Stephanie A. Arend, J., entered November 14, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.

[No. 74200-1-I.  Division One.  February 16, 2016.]

GEORGE E. ENGSTROM ET AL., *Appellants*, v. MICROSOFT CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-04785-0, Sean Patrick O'Donnell, J., entered June 26, 2015. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 74490-9-I.  Division One.  February 16, 2016.]

*In the Matter of the Postsentence Review of* HAGOS HAPTE HADGU.

HAGOS HAPTE HADGU, *Respondent*, v. THE STATE OF WASHINGTON, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-00185-1, William L. Downing, J., entered September 1, 2015. *Granted in part* and *reversed in part* by unpublished per curiam opinion.